# THE MERMIGIS LAW GROUP, P.C.
## 85 Cold Spring Road
## Syosset, NY 11791
## 516-353-0075
## MermigisLaw@GMail.com

January 25, 2021

*Via ECF*
The Honorable Colleen McMahon
Chief Judge of the Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

                RE:    Clementine et al v. Andrew M. Cuomo et al
                         1:20-cv-08899

Dear Judge McMahon:

      In light of your Honor's Order today, I wanted to let this Honorable Court know that Defendant Mayor Bill de Blasio was served today in his official capacity as Mayor of the City of New York. Defendant Andrew M. Cuomo will be served by Wednesday, January 27, 2021, in his Official Capacity as Governor of the State of New York. I apologize to this Honorable Court for this oversight.

      I thank your Honor for your kind attention and consideration.

                                     Respectfully yours,

                                     /s/ James G. Mermigis

                                     James G. Mermigis, Esq.