UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLEMENTINE COMPANY LLC. d/b/a THE THEATER CENTER, PLAYERS THEATER MANGAEMENT CORP. d/b/a THE PLAYERS THEATER, WEST END ARTISTS COMPANY d/b/a THE ACTORS TEMPLE, SOHO PLAYHOUSE INC. d/b/a SOHO PLAYHOUSE, THE GENE FRANKEL THEATER LLC., TRIAD PROSCENIUM PARTNERS INC. d/b/a THE TRIAD, CARAL LTD. d/b/a BROADWAY COMEDY CLUB, and DO YOU LIKE COMEDY LLC. d/b/a NEW YORK COMEDY CLUB,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>ANDREW M. CUOMO, in his Official Capacity as Governor of the State of New York, ATTORNEY GENERAL OF THE STATE OF NEW YORK, BILL de BLASIO, in his Official Capacity as Mayor of the City of New York, and THE STATE OF NEW YORK,<br><br>　　　　　　　　　　　　　Defendants. | No. 20 Civ. 8899 (CM)<br><br>**NOTICE** |

　　　Please take notice that the above captioned matter has been scheduled for a hearing on March 15, 2021 at 11:00 AM. This proceeding will take place in person at 500 Pearl Street, Courtroom 24A.

Dated: February 26, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　So Ordered