UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLEMENTINE COMPANY LLC. d/b/a THE THEATER CENTER, PLAYERS THEATER MANAGEMENT CORP. d/b/a THE PLAYERS THEATER, WEST END ARTISTS COMPANY d/b/a THE ACTORS TEMPLE, SOHO PLAYHOUSE INC. d/b/a SOHO PLAYHOUSE, THE GENE FRANKEL THEATRE LLC., TRIAD PROSCENIUM PARTNERS INC. d/b/a THE TRIAD, CARAL LTD. d/b/a BROADWAY COMEDY CLUB, and DO YOU LIKE COMEDY LLC. d/b/a NEW YORK COMEDY CLUB,<br><br>                        Plaintiffs,<br><br>v.<br><br>ANDREW M. CUOMO, in his Official Capacity as Governor of the State of New York, ATTORNEY GENERAL OF THE STATE OF NEW YORK, BILL de BLASIO, in his Official Capacity as Mayor of the City of New York, and THE STATE OF NEW YORK,<br><br>                        Defendants. | No. 20-cv-8899 (CM)<br><br>**STIPULATION OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** |

**WHEREAS** on November 9, 2020, Plaintiffs moved for a preliminary injunction enjoining State guidance requiring the closure of small venue theaters, and requiring that such venues be permitted to open at 25% capacity or a 50-person limit (ECF no. 9, the "Preliminary Injunction Motion");

**WHEREAS** Defendants Andrew M. Cuomo, in his Official Capacity as Governor of the State of New York, the State of New York (together with Governor Cuomo, the "State Defendants"), and Bill de Blasio, in his Official Capacity as Mayor of the City of New York, opposed the Preliminary Injunction Motion (ECF Nos. 24-29);

**WHEREAS** the Preliminary Injunction Motion has not yet been decided; and

WHEREAS on March 3, 2021, Governor Cuomo announced that as of April 2, 2021, "Events, Arts, and Entertainment Venues" (including the Plaintiff small venue theaters) will be permitted to reopen at 33% capacity with up to 100 people indoors, or 150 people indoors with attendee testing[1];

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs, State Defendants, and Mayor de Blasio (collectively, the "Parties") in the above-captioned matter, as follows:

1. Plaintiffs' motion seeking a preliminary injunction (ECF no. 9) is hereby withdrawn; and

2. The Parties request that the in-person conference currently scheduled for March 15, 2021 be cancelled as no longer necessary.

Dated: New York, New York
       March 5, 2021

THE MERMIGIS LAW GROUP, P.C.,
*Attorneys for Plaintiffs*

By:_____
James G. Mermigis, Esq.
85 Cold Spring Road, Suite 200
Syosset, New York 11791
(516) 353-0075
James@MermigisLaw.com

LETITIA JAMES,
Attorney General of New York State
*Attorney for State Defendants*

By:_____
MATTHEW L. CONRAD
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6352
Matthew.Conrad@ag.ny.gov

---

[1] https://www.governor.ny.gov/news/governor-cuomo-announces-event-arts-and-entertainment-venues-can-reopen-33-percent-capacity

JAMES E. JOHNSON,
Corporation Counsel of the City of
  New York
  *Attorney for Defendant Bill de Blasio*

By: _____
AIMEE K. LULICH
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 356-2369
ALulich@law.nyc.goc

3