UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLEMENTINE COMPANY, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ANDREW M. CUOMO, et al., <br><br> Defendants. | No. 1:20-cv-08899-CM <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of their Motion for Leave to File Amended Complaint, dated May 5, 2021, and all exhibits attached thereto, and upon all prior proceedings, pleadings, and filings in this action, the above-named Plaintiffs move this Court, before the Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, New York for an expedited Order pursuant to Federal Rules of Civil Procedure 15 and 21, granting Plaintiffs leave to file the attached First Amended Complaint. *See* Exhibit A.

Dated: May 5, 2021.

                                         Respectfully submitted,

| | |
|---|---|
| | s/ James G. Mermigis |
| DANIEL M. ORTNER* | JAMES G. MERMIGIS, ESQ. |
| Pacific Legal Foundation | The Mermigis Law Group, P.C. |
| 930 G Street | 85 Cold Spring Road, Suite 200 |
| Sacramento, California 95814 | Syosset, New York 11791 |
| Telephone: (916) 419-7111 | Telephone: (516) 353-0075 |
| Facsimile: (916) 419-7747 | Email: James@MermigisLaw.com |
| Email: DOrtner@pacificlegal.org | |
| | GLENN E. ROPER* |
| | Pacific Legal Foundation |
| | 1745 Shea Center Drive, Suite 400 |
| | Highlands Ranch, Colorado 80129 |
| | Telephone: (916) 419-7111 |
| | Facsimile: (916) 419-7747 |
| | Email: GERoper@pacificlegal.org |

*Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for all parties are registered with the Court's CM/ECF system and will receive a notification of such filing via the Court's electronic filing system.

s/ James G. Mermigis
JAMES G. MERMIGIS, ESQ.
The Mermigis Law Group, P.C.
85 Cold Spring Road, Suite 200
Syosset, New York 11791
Telephone: (516) 353-0075
Email: James@MermigisLaw.com
*Counsel for Plaintiffs*
