# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE CLEMENTINE COMPANY, LLC, et al.,

        Plaintiffs,

-against-

ERIC ADAMS, in his official capacity as the Mayor of New York,

        Defendant.

No. 1:20-cv-08899-CM

*Clerk to enter judgment and CLOSE CASE*

*Colleen McMahoN*

*4/11/2023*

## NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiffs The Clementine Company, LLC and West End Artists Company

d/b/a The Actors Temple, through undersigned counsel, hereby accept and provide

notice of acceptance of Defendant Eric Adams's Rule 68 Offer of Judgment, served on

Plaintiffs on March 23, 2023 via email. The offer of judgment is attached hereto as

Exhibit A, and Plaintiffs request the Clerk of the Court to enter Judgment in

accordance with the provisions of Fed. R. Civ. P. 68.

MEMO ENDORSED

DATED: April 3, 2023.

Respectfully submitted,

*Glenn Roper*

JAMES G. MERMIGIS, ESQ.
THE MERMIGIS LAW GROUP, P.C.
85 Cold Spring Road, Suite 200
Syosset, New York 11791
Telephone: (516) 353-0075
Email: James@MermigisLaw.com

GLENN E. ROPER*
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org
*Pro Hac Vice*

*Counsel for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 4/11/2023

## Certificate of Service

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

GLENN E. ROPER*
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org
*Pro Hac Vice

Counsel for Plaintiffs