UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CLEMENTINE COMPANY, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ERIC ADAMS, in his official capacity as the Mayor of New York, <br><br> Defendant. | No. 1:20-cv-08899-CM <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 4/11/2023 |

[~~PROPOSED~~] JUDGMENT

Pending before the Court is Plaintiffs' Notice of Acceptance of Rule 68 Offer of Judgment. (Dkt. No. 118). After reviewing the Notice and accompanying Offer, judgment is entered in favor of Plaintiffs in the amount of $1.00, in accordance with Fed. R. Civ. P. 68(a).

DATED: April 11, 2023.

*[signature]*